JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. K. PRIVATE STOCK INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENGTONG EECTRONICS CO. LTD., a Chinese company, SUPER DRIVE USA GROUP, a California corporation, WENCHANG LI, an individual, SI YUN LI, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02965-DSF-AGR<br><br>**ORDER OF DISMISSAL** |

The parties' joint motion to dismiss the action with prejudice is **GRANTED**. Fed. R. Civ. P. 41(a). Each party shall bear his/her/its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: October 5, 2021

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

**ORDER OF DISMISSAL**
2:21-cv-02965-DSF-AGR